1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Michael F. Bush

7

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11

12  MICHAEL F. BUSH,                )  Case No.: CV 10-06113 AHM (JCG)
                                    )
13          Plaintiff,               )  ORDER OF DISMISSAL
                                    )
14      vs.                         )
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security, )
16                                   )
            Defendant.               )
17  _____   )

18
          The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
          IT IS SO ORDERED.
21
    DATE:  April 12, 2011
22                                  _____
                                    THE HONORABLE JAY C. GANDHI
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1 | DATE: April 5, 2011          Respectfully submitted,

2 |                              LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ *Denise Bourgeois Haley*
3 |                          BY: _____
                                 Denise Bourgeois Haley
4 |                              Attorney for plaintiff Michael F. Bush

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26